**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Telmore Barrington DIXON, Defendant–Appellant.**

No. 09–11839
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Feb. 25, 2010.

Patricia D. Barksdale, Jacksonville, FL, for Plaintiff–Appellee.

Donald B. Mairs, Jacksonville, FL, for Defendant–Appellant.

Before HULL, MARCUS and FAY, Circuit Judges.

PER CURIAM:

Donald Mairs, appointed counsel for Telmore Barrington Dixon in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Dixon's conviction and sentence are **AFFIRMED.**